IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TERRY LYNN BARBER**                                                                               **PLAINTIFF**

v.                                                     No. 3:23CV479-SA-JMV

**STATE OF MISSISSIPPI, ET AL.**                                       **DEFENDANTS**

**ORDER GRANTING PLAINTIFF'S MOTION
FOR VOLUNTARY DISMISSAL**

This matter comes before the court on the motion [14] by the plaintiff for voluntary dismissal.

As the defendants have not been ordered to answer, the instant motion [14] is **GRANTED** under Fed. R. Civ. P. 41(1)(A)(i), and this case is **DISMISSED** without prejudice.

    **SO ORDERED**, this, the 7th day of March, 2025.

                                                         /s/ Sharion Aycock
                                                         U. S. DISTRICT JUDGE