IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TERRY LYNN BARBER                                                                                          PLAINTIFF

V.                                                                                          NO. 3:23-cv-00479-SA-JMV

STATE OF MISSISSIPPI, ET AL                                                                        DEFENDANTS

ORDER

Plaintiff is a state prisoner proceeding *pro se*. Plaintiff has filed a notice of appeal in this case but has not requested leave to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915 in this 42 U.S.C. § 1983 case.

The Court typically uses a standard form providing statements of assets, inability to prepay fees, and of the prisoner's belief that he is entitled to redress. Also, the form includes a certified copy of the prisoner's trust account statement for the six-month period immediately preceding the filing of the instant motion. *See* 28 U.S.C. § 1915. Plaintiff will be provided the opportunity to submit the completed form to request to proceed *in forma pauperis*. Therefore, it is **ORDERED:**

That within 21 days Plaintiff is directed to fill out the enclosed application for *in forma pauperis* on appeal, complete the authorization for release and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office. Plaintiff is also warned that his failure to comply with the requirements of this order may lead to the dismissal of his lawsuit under Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute and for failure to comply with an order of the court.

THIS the 18th day of February, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE