**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**TERRY LYNN BARBER**                                                    **PLAINTIFF**

**V.**                                                                      **NO. 3:23-CV-479**

**STATE OF MISSISSIPPI, et al**                                             **DEFENDANTS**

**ORDER REQUIRING PLAINTIFF TO COMPLETE AND RETURN**
***IN FORMA PAUPERIS* APPLICATION, AUTHORIZATION AND CERTIFICATE**

Plaintiff is a state prisoner proceeding *pro se*. Plaintiff has requested leave to appeal *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this 42 U.S.C. § 1983 case.

On February 18, 2026, Plaintiff was ordered to submit a completed form to appeal *in forma pauperis*. Doc. [20]. While he has submitted two documents seeking to appeal *in forma pauperis* since that order was entered, the court finds that Plaintiff has not, filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915. Plaintiff will be provided the opportunity to submit the certified copy in support of his request to proceed *in forma pauperis*. Therefore, it is

**ORDERED:**

That within 21 days Plaintiff is directed to fill out the enclosed application for *in forma pauperis*, complete the authorization for release and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office.

Plaintiff is warned that his failure to comply with the requirements of this order may lead to the dismissal of his lawsuit under Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute and for failure to comply with an order of the court.

THIS the 4th day of May, 2024.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE