IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TERRY LYNN BARBER                                                    PLAINTIFF

v.                                                      No. 3:23-cv-479-SA-JMV

STATE OF MISSISSIPPI, et al.                                       DEFENDANTS

ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* ON
APPEAL WITHOUT ASSESSING PAYMENT OF INITIAL FILING FEE

The plaintiff is a state prisoner proceeding *pro se* who seeks relief under 42 U.S.C. §1983. His case was dismissed by order of March 7, 2025. Aggrieved, the plaintiff has filed his Notice of Appeal and requested to proceed *in forma pauperis* on appeal under 28 U.S.C. § 1915. The plaintiff has also submitted his completed authorization form and certificate of his inmate's trust account. The plaintiff is obligated to pay the statutory filing fee of $605.00 for the appeal. The plaintiff's inmate trust account shows that over the last six months, the plaintiff has had an average monthly balance of $1.67, and his monthly deposits have averaged $2.50.

The plaintiff will not be assessed an initial partial filing fee in this case because the funds for such a fee do not exist. 28 U.S.C. § 1915(b)(1). However, the plaintiff will be required to make monthly payments of 20 percent of the preceding month's income credited to the plaintiff's prisoner account, until the plaintiff has paid the total filing fee of $605.00. 28 U.S.C. § 1915(b)(2). These payments shall be collected by the Inmate Account Custodian, Premier Supply Links, Inmate Banking for Mississippi Department of Corrections and forwarded to the court each time the account balance exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

IT IS HEREBY ORDERED that:

1.      The plaintiff's request to proceed *in forma pauperis* on appeal is hereby GRANTED.

2.      Each time the account balance exceeds $10.00, the Accounting Office of the Inmate Account Custodian, Premier Supply Links, Inmate Banking for Mississippi Department of Corrections shall collect from the plaintiff's prison trust account a monthly payment consisting of 20 percent of the preceding month's income credited to the plaintiff's prison account and shall forward the amount to the court at the address below until the total filing fee of $605.00 is paid in full, as required in 28 U.S.C. § 1915(b)(2). The payment shall be clearly identified by the style and number assigned to this action.

> Clerk, U.S. District Court
> 911 Jackson Avenue, Suite 369
> Oxford, MS 38655-3622

3.      The Clerk of the Court shall serve a copy of this order on the Accounting Office of the Inmate Account Custodian, Premier Supply Links, Inmate Banking for Mississippi Department of Corrections, P. O. Box 97538, Pearl, MS 39228 and Clerk, United States Court of Appeals, Fifth Circuit, 600 S. Maestri Place, Suite 115, New Orleans, LA 70130-3408.

SO ORDERED this the 28th day of May, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE